828

No. 673. NUGENT v. YELLOW CAB Co. C. A. 7th Cir. Certiorari denied. *Albert E. Jenner, Jr., Thomas P. Sullivan* and *Peter Fitzpatrick* for petitioner. *Charles D. Snewind* for respondent.

No. 689. LEWIS ET AL., DOING BUSINESS AS LEWIS AND MURRAY, ET AL. v. FITZGERALD, TRUSTEE IN BANKRUPTCY. C. A. 10th Cir. Certiorari denied. *Bentley M. McMullin* for petitioners.

No. 708. MONTOUR RAILROAD Co., INC., v. ZIMMERMAN. C. A. 3d Cir. Certiorari denied. *Harold R. Schmidt* for petitioner.

No. 709. RICHTER ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Marvin Garfinkel, Stephen B. Narin* and *Theodore R. Mann* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 713. MURRAY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Louis Bender* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 718. EAGLE-PICHER Co. v. HAYNES ET AL. C. A. 10th Cir. Certiorari denied. *John R. Wallace* and *A. C. Wallace* for petitioner.

No. 719. KLEIN, TRUSTEE IN BANKRUPTCY, v. HERMAN. C. A. 7th Cir. Certiorari denied. *Thomas D. Nash, Jr.* for petitioner. Respondent *pro se.*